## United States District Court for the Northern District of Illinois

Case Number: 08CV3460          Assigned/Issued By: DAJ

Judge Name: SHADUR             Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00     ☐ $39.00     ☐ $5.00
               ☐ IFP         ☐ No Fee     ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 2861987

Date Payment Rec'd: 06/17/08   Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

2  Original and  0  copies on  06/17/08  as to  DEF'S. _____
                              (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05